■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANDREW TERRELL, Appellant.— Appeal by defendant from an order of the County Court, Kings County, dated October 5, 1960, denying, without a hearing, his motion for resentence as a first felony offender, rather than as a second felony offender. On January 21, 1957, judgment was rendered by the said court convicting defendant, on his plea of guilty, of robbery in the third degree, and sentencing him, *as a second felony* offender, to serve a term of 5 to 10 years. For the purposes of this appeal the order appealed from has been considered as one denying a motion to vacate a judgment of conviction, otherwise known as a motion or application for a writ of error *coram nobis* (Code Crim. Pro., § 517). Order affirmed. No opinion. Nolan, P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ JOSEPH SABATINO, Appellant, v. ALICE SABATINO, Respondent.— In an action to impress a constructive trust on a one-half interest in certain premises which plaintiff claims were conveyed to defendant, his wife, upon her oral promise to reconvey to him on demand, plaintiff appeals from a judgment of the Supreme Court, Kings County, entered July 29, 1960, dismissing the complaint, after a nonjury trial. Judgment affirmed, with costs. No opinion. Nolan, P. J., Beldock, Ughetta, Christ and Pette, JJ., concur.

■ In the Matter of the Final Accounting of HENRY D. PEROTTI, as Executor and Trustee under the Will of JOHN PEROTTI, Deceased, Respondent. ERNEST PEROTTI, Appellant.— Motion by appellant to extend his time to perfect the appeal, granted; time extended to the June Term, beginning May 22, 1961. The record and appellant's brief must be served and filed on or before May 8, 1961. Nolan, P. J., Beldock, Kleinfeld, Christ and Brennan, JJ., concur.

■ In the Matter of the Accounting of ISIDORO RIZZO, as Administrator of the Estate of ANTONIO RIZZO, Deceased, Respondent. MARIA RIZZO et al., Appellants; VINCENT RIZZO, Respondent.— Motion by objectant-respondent to dismiss appeals denied, on condition that appellants perfect their appeals and be ready to argue or submit them at the September Term, beginning September 6, 1961; appeals ordered on the calendar for said term. The record and appellants' briefs must be served and filed on or before June 15, 1961. Nolan, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.